# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK ALJUNDI, | CASE NO.: CV 14-04987 BRO (JEMx) |
| Plaintiff, | |
| vs. | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, a Wisconsin corporation, and DOES 1-25, inclusive, | FRCP 41(a) |
| | [Filed Concurrently with Stipulation] |
| Defendants. | Complaint Filed: May 29, 2014 |

## ORDER

IT IS HEREBY ORDERED that the above-captioned action is dismissed, with prejudice, pursuant to the stipulation of the parties, with each party bearing his or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: November 10, 2014

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE